UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., a minor, by and through his parent and natural guardian R.G.; G.J., a minor, by and through his parent and natural guardian, C.J., on behalf of themselves and a class of those similarly situated; and BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization,

                Plaintiffs,

- against -

THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE CITY OF NEW YORK; CARMEN FARIÑA, in her official capacity as Chancellor of the New York City Department of Education,

                Defendants.

**ORDER**

17 Civ. 5692 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that a conference in this action will take place on **December 19, 2019 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties' motion to extend the litigation stay until February 24, 2020 is granted. (Dkt. No. 65) The Clerk of Court is directed to terminate the motions to extend the litigation stay (Dkt. Nos. 64 and 65).

Dated: New York, New York
       December 3, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge