UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., a minor, by and through his parent and natural guardian R.G.; G.J., a minor, by and through his parent and natural guardian, C.J., on behalf of themselves and a class of those similarly situated; and BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization,<br><br>                  Plaintiffs,<br><br>-against-<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE CITY OF NEW YORK; CARMEN FARIÑA, in her official capacity as Chancellor of the New York City Department of Education,<br><br>                  Defendants. | No. 17-cv-05692<br><br>**MOTION AND ~~PROPOSED~~ ORDER FOR WITHDRAWAL OF ATTORNEY** |

Plaintiffs ask that the Court grant the withdrawal of Maia Goodell as counsel for Plaintiffs. Withdrawal of Ms. Goodell is sought because she is no longer an attorney employed by Disability Rights Advocates. Ms. Goodell's withdrawal will not prejudice any litigants in this case, harm the administration of justice, or delay resolution of this case, as all other counsel for Plaintiffs—Michelle Caiola, Seth Packrone, and Rebecca Serbin, of Disability Rights Advocates—continue their representation in this matter. All future correspondence and papers in this action should continue to be directed to them.

Dated: November 26, 2019
      New York, NY

Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

_____
Michelle Caiola
Seth Packrone
Rebecca Serbin
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th floor
New York, NY 10017
Phone: 212-644-8644

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: Dec. 3, 2019

_____
Honorable Paul G. Gardephe
United States District Judge