

THE CITY OF NEW YORK

**LAW DEPARTMENT**

**James E. Johnson**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

**JANICE BIRNBAUM**
Phone: (212) 356-2085
Fax: (212) 356-2439
E-mail:jbirnbaum@law.nyc.gov

December 10, 2019

*Filed via ECF*
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
40 Foley Square
New York, N.Y. 10007

Re:     *M.G. v. New York City Department of Education*
        Civil Action No. 17 CV 5692 (PGG/KNF)

Dear Judge Gardephe:

I am the Assistant Corporation Counsel assigned to defend Defendants New York City Department of Education ("DOE"), the City of New York ("City"), and DOE's Chancellor sued solely in an official capacity (collectively "Defendants") in the above-referenced action. I write to request rescheduling of the next Court conference, presently scheduled for December 19, 2019, at 10:00 a.m. I have reached out to my adversaries and my clients, and all are available this Friday, December 13, 2019, if Your Honor is also available. We are also available on December 17 from 2:30 to 3:30 p.m.. and January 13 and 14, 2020. I make this request because I have a conflict on December 19, 2019, that just arose, which I cannot reschedule. This my first request for the rescheduling of the December 19th Court conference and Plaintiffs' counsel do not object to this request. I thank the Court for its consideration of this request.

Respectfully submitted,

*Janice Birnbaum*
Janice Birnbaum
Senior Counsel

cc.  All Counsel of Record via ECF

**MEMO ENDORSED**
The conference will take place on
on January 13. 2020 at 10:00 A.M

SO ORDERED:

*Paul Gardephe*
Paul G. Gardephe, U.S.D.J.
Dec. 17, 2019