UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., a minor, by and through his parent and
natural guardian R.G.; G.J., a minor, by and
through his parent and natural guardian, C.J.,
on behalf of themselves and a class of those
similarly situated; and BRONX
INDEPENDENT LIVING SERVICES, a
nonprofit organization,

**ORDER**

17 Civ. 5692 (PGG)

Plaintiffs,

- against -

THE NEW YORK CITY DEPARTMENT
OF EDUCATION; THE CITY OF NEW
YORK; CARMEN FARIÑA, in her official
capacity as Chancellor of the New York City
Department of Education,

Defendants.

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that a conference will take place in this action on **April 3,**

**2020 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40

Foley Square, New York, New York. It is further ORDERED that the stay in this case is

extended through **April 6, 2020.**

Dated: New York, New York
        March 10, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge