UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., a minor, by and through his parent and natural guardian R.G.; G.J., a minor, by and through his parent and natural guardian, C.J., on behalf of themselves and a class of those similarly situated; and BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization,<br><br>              Plaintiffs,<br><br>      - against -<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE CITY OF NEW YORK; CARMEN FARIÑA, in her official capacity as Chancellor of the New York City Department of Education,<br><br>              Defendants. | **ORDER**<br><br>17 Civ. 5692 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the conference scheduled for April 3, 2020 is adjourned to **May 21, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The parties shall submit a status letter regarding the stay in this case by **April 3,** 2020.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge