UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

M.G., a minor, by and through his parent and
natural guardian R.G.; G.J., a minor, by and
through his parent and natural guardian, C.J.,
on behalf of themselves and a class of those
similarly situated; and BRONX
INDEPENDENT LIVING SERVICES, a
nonprofit organization,

                        Plaintiffs,

                - against -

THE NEW YORK CITY DEPARTMENT
OF EDUCATION; THE CITY OF NEW
YORK; CARMEN FARIÑA, in her official
capacity as Chancellor of the New York City
Department of Education,

                        Defendants.

**ORDER**

17 Civ. 5692 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference scheduled for May 21, 2020 is

adjourned to **June 25, 2020 at 10:45 a.m.** in Courtroom 705 of the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York.  The parties shall submit a status

letter regarding the stay in this case by **May 19, 2020**.

Dated:  New York, New York
        April 28, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge