UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., a minor, by and through his parent and natural guardian R.G.; G.J., a minor, by and through his parent and natural guardian; C.J., on behalf of themselves and a class of those similarly situated, and BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization,<br><br>      Plaintiffs,<br><br>    - against -<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE CITY OF NEW YORK, CARMEN FARIÑA, in her official capacity as Chancellor of the New York City Department of Education,<br><br>      Defendants. | **ORDER**<br><br>17 Civ. 5692 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for July 23, 2020 at 10:45 a.m. is adjourned to **July 30, 2020 at 10:00 a.m.** The parties are directed to dial 888-363-4749 to participate, and to enter 6212642 as the access code and/or security code.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.

Dated: New York, New York
   July 22, 2020

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge