

| | | |
|---|---|---|
| **James E. Johnson**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JANICE BIRNBAUM**<br>Phone: (212) 356-2085<br>(c ): (646) 939-7611<br>E-mail:jbirnbaum@law.nyc.gov |

October 20, 2020

*Filed via ECF*
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
40 Foley Square
New York, N.Y. 10007

    Re: *M.G. v. New York City Department of Education*
       Civil Action No. 17 CV 5692 (PGG/KNF)

Dear Judge Gardephe:

  I am the Assistant Corporation Counsel assigned to defend Defendants New York City Department of Education ("DOE"), the City of New York ("City"), and DOE's Chancellor sued solely in an official capacity (collectively "Defendants") in the above-referenced action. I write to request rescheduling of the next Court conference, presently scheduled for this Thursday, October 22, 2019, at 10:00 a.m., because I have a conflicting medical appointment that morning. I have reached out to my adversary, and she consents to this request and asks that the Court reschedule the conference for next week. If Your Honor is available, my adversary, my client and I are available next Thursday, October 29, 2020, in the morning, which is identified in Your Honor's rules as the Court's regularly scheduled time for court conferences. We are also available between 2:00-4:30 p..m. on Thursday, October 29, 2020, and between 11:30 a.m.-2:30 p.m. on Friday, October 30, 2020. This Defendants' first request for the rescheduling of the October 22nd Court conference and Plaintiffs' counsel does not object to this request. I thank the Court for its consideration of this request.

Respectfully submitted,

/s/

Janice Birnbaum
Senior Counsel

MEMO ENDORSED

The conference scheduled for October 22, 2020 is adjourned to November 5, 2020 at 10:00 am.

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
October 21, 2020