UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., a minor, by and through his parent and natural guardian R.G.; G.J., a minor, by and through his parent and natural guardian, C.J., on behalf of themselves and a class of those similarly situated; and BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization,<br><br>　　　　　　　Plaintiffs,<br><br>-against-<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE CITY OF NEW YORK; RICHARD A. CARRANZA, in his official capacity as Chancellor of the New York City Department of Education,<br><br>　　　　　　　Defendants. | Case No. 1:17-CV-05692 (PGG) (KNF)<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF SETTLEMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs will and hereby do move this Court for an order certifying the proposed Class, appointing the Plaintiffs as Class representatives, appointing Plaintiffs' counsel as Class counsel, preliminarily approving the proposed Settlement Agreement, and approving the proposed notices and proposed schedule for disseminating the notice and seeking Final Approval.

This Motion is based upon this Notice, the accompanying Memorandum of Law, the declaration of Stuart Seaborn and all supporting exhibits, the declarations of R.G., C.J., and Brett Eisenberg, all pleadings and papers on file in this action, and any argument or evidence that may be presented at the hearing in this matter, if a hearing is deemed necessary.

Dated: January 22, 2021  
       New York, New York

Respectfully submitted,

_____  
Rebecca C. Serbin  
DISABILITY RIGHTS ADVOCATES  
655 Third Avenue, 14th Floor  
New York, NY 10017  
Tel: (212) 644-8644  
Fax: (212) 644-8636

*Attorney for Plaintiffs*