UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., a minor, by and through his parent and natural guardian R.G.; G.J., a minor, by and through his parent and natural guardian, C.J., on behalf of themselves and a class of those similarly situated; and BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization,<br><br>     Plaintiffs,<br><br>-against-<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE CITY OF NEW YORK; MEISHA PORTER, in her official capacity as Chancellor of the New York City Department of Education,<br><br>     Defendants. | Case No. 1:17-CV-05692 (PGG) (KNF)<br><br>**NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs will and hereby do move this Court for an order finally approving the Proposed Settlement Agreement.

This Motion is based upon this Notice, the accompanying Memorandum of Law, the declarations of Rebecca Serbin, Neal Solon, and Janice Birnbaum, all pleadings and papers on file in this action, and any argument or evidence that may be presented at the hearing in this matter.

Dated: June 1, 2021
      New York, New York

Respectfully submitted,

*(signature)*

_____
Rebecca C. Serbin
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th Floor
New York, NY 10017
Tel: (212) 644-8644
Fax: (212) 644-8636

*Attorney for Plaintiffs*