UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.G., a minor, by and through his parent and natural guardian R.G.; G.J., a minor, by and through his parent and natural guardian; C.J., on behalf of themselves and a class of those similarly situated, and BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　- against -<br><br>THE NEW YORK CITY DEPARTMENT OF EDUCATION; THE CITY OF NEW YORK, CARMEN FARIÑA, in her official capacity as Chancellor of the New York City Department of Education,<br><br>　　　　　　　　　　Defendants. | **ORDER**<br><br>17 Civ. 5692 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　As discussed at today's hearing, the parties will submit a joint letter by **August 6, 2021**, reporting on the status of their negotiations concerning an appropriate attorneys' fee award.

Dated:　New York, New York
　　　　June 22, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge