MEMO ENDORSED
The parties' joint letter motion regarding the class representative service awards is due by October 1, 2021.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
September 20, 2021

Filed via ECF
Hon. Paul G. Gardephe
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *M.G., et al., v. New York City*
      17-cv-05692 (PGG) (KNF)

Dear Judge Gardephe:

The parties to the above-entitled action jointly submit this letter to update the Court about the status of the Parties' negotiations concerning attorneys' fees, per the Court's August 9, 2021 order, ECF No. 115.

The Parties reached agreement on the amount of Class Counsel's attorneys' fees and costs on September 15, 2021, and are now working to finalize the releases and other paperwork required by the City prior to issuing payment.

Additionally, the Parties expect to file a brief joint letter motion that meets the requirements of N.Y. Civil Practice Rules and Regulations §1208 and 22 N.Y.C.R.R. 202.67 concerning the issuance of payment of the class representative service awards to the guardians ad litem for the infant plaintiffs and for the benefit of the infant plaintiffs pursuant to the Parties' settlement agreement. The City's Comptroller has noted that it cannot have the checks issued for the awards absent resolution of the infant compromise requirements, including a court order.

We thank the Court for its assistance in this matter.

Dated:    September 17, 2021

| | |
|---|---|
| DISABILITY RIGHTS ADVOCATES | GEORGIA M. PESTANA |
| Attorneys for Plaintiffs and Class Counsel | Corporation Counsel of the City of New York |
| 655 Third Avenue, 14th Floor | Attorneys for Defendant DOE |
| New York, New York 10017 | 100 Church Street, Room 2-195 |
| (212) 644-8644 | New York, New York 10007 |
| | (212) 356-2085 |
| *Rebecca C. Serbin* | /s/ |
| Rebecca C. Serbin | Janice Birnbaum |

1