UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

M.G., a minor, by and through his parent and natural guardian R.G.; G.J., a minor, by and through his parent and natural guardian, C.J., on behalf of themselves and a class of those similarly situated; and BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization,

                                                                     Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; THE CITY OF NEW YORK; MEISHA PORTER, in her official capacity as Chancellor of the New York City Department of Education,

                                                                      Defendants.

------------------------------------------------------------------------ x

**STIPULATION OF SETTLEMENT**

17 Civ. 5692 (PGG)

            WHEREAS Bronx Independent Living Services ("BILS"); M.G. a minor, by and through his parent and natural guardian R.G.; and G.J., a minor, by and through his parent and natural guardian, C.J. (together, the "Named Plaintiffs"); commenced the instant lawsuit on July 27, 2017, as a putative class action lawsuit, with allegations related to the New York City Department of Education's ("DOE") administration of Related Service Authorizations ("RSAs") issued for certain students with individualized education programs ("IEPs") enrolled in DOE schools in the Bronx, which included alleged violations of the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*, Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq.*, Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, ("Section 504"), and the New York City Human Rights Law, N.Y.C. Admin. Code § 8-101, *et seq.*;

            WHEREAS on March 8, 2021, the Honorable Paul G. Gardephe preliminarily approved the Stipulation and Settlement Agreement (the "Settlement") (ECF No. 105), and

- 1 -

- 2 -

finally approved it on June 22, 2021 (ECF No. 112), including certification of the following class:

> All students with individualized education programs ("IEPs") (a) who, during the period from July 27, 2015 to the last day of the Court's jurisdiction to enforce this Agreement, including any extensions thereof ("Ending Date"), attend, have attended, or will attend public schools operated by the New York City Department of Education and located in the Bronx; (b) whose IEPs include recommendations for one or more related services, as defined in this Agreement, or did recommend such services during the period from July 27, 2015 to the Ending Date; and (c) who are eligible to receive related services under the Individuals with Disabilities Education Act. Students with IEPs who attended a DOE public school located in the Bronx between July 27, 2015 and March 13, 2020, but as of the date of this Agreement do not attend a DOE public school located in the Bronx, must have had an RSA issued on or after July 27, 2015 while they attended a DOE school in the Bronx, but did not receive their related services pursuant to such RSA during the period between July 27, 2015 and March 13, 2020.

(See ECF Nos. 99-4, 105, 112);

WHEREAS the Settlement provides among other things for a release of claims by the Plaintiff class and that Plaintiffs are entitled to counsel fees and costs as though they are prevailing parties (*Id.*);

WHEREAS on November 19, 2021, Judge Gardephe specifically approved settlement of the provisions of the Settlement concerning class representative service awards pursuant to which the minor Named Plaintiffs are to receive $2,000 each, which will be paid to their guardian/parents named in the above caption, to be held for each child's benefit and use (ECF No. 120);

WHEREAS the parties and their respective counsel desire to resolve all claims for all fees, costs and expenses related to this matter accrued through February 28, 2021, without further proceedings;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. Plaintiffs' and their counsel's claims for attorneys' fees, costs and expenses accrued through February 28, 2021, are hereby resolved and withdrawn, with prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2(A)" below.

2. The City of New York hereby agrees to pay the following sums (collectively, the "Settlement Amounts"):

A. FOUR HUNDRED FIFTY EIGHT THOUSAND, TWO HUNDRED SIXTY DOLLARS AND FIFTY-NINE CENTS ($458,260.59) by check made payable to "Disability Rights Advocates," the law firm for Plaintiffs, in full and final satisfaction of all claims for costs, expenses, and attorneys' fees that were or could have been incurred in this action through February 28, 2021;

B. TWO THOUSAND DOLLARS ($2,000) by check made payable to R.G., as parent and guardian of M.G. a minor, to be held for the use and benefit of M.G.; and

C. TWO THOUSAND DOLLARS ($2,000) by check made payable to C.J. as parent and guardian of G.J., a minor, to be held for the use and benefit of G.J.

3. In consideration for payment of the Settlement Amounts, Plaintiffs and their counsel agree to release DOE, Chancellor Meisha Porter and the City of New York, their successors and/or assigns, and all present or former officials, employees, representatives, and/or agents of the City of New York or the DOE, or any entity represented by the Office of the Corporation Counsel ("Releasees"), from any and all claims of attorneys' fees, expenses and costs that were or could have been incurred in connection with this action through February 28,

2021; and for the claims of the minor Named Plaintiffs.

4. Plaintiffs' counsel shall be responsible for the payment of any federal, state, and/or local taxes, if any, on the Settlement Amount described in paragraph 2(A). The parent/guardian of each respective minor Named Plaintiff shall be responsible for the payment of any federal, state and/or local taxes, if any, on their child's class representative service award received on behalf of and for the use and benefit of their child/minor Named Plaintiff described in paragraphs 2(B) and 2(C).

5. Plaintiffs and their counsel shall each execute and deliver to Releasees' undersigned attorney all documents necessary to effectuate this settlement, including, without limitation executed substitute W-9 forms and executed releases for Disability Rights Advocates; R.G., parent and guardian of M.G.; C.J., parent and guardian for G.J.; and BILS; and based on the terms of paragraphs "2" and "3" above. The payment of the Settlement Amounts are subject to and conditioned on delivery of these documents to the Releasees' undersigned attorney.

6. Effective upon receipt of the Settlement Amount set forth in Paragraph 2(A), Disability Rights Advocates shall indemnify and hold the Releasees harmless from any and all claims brought by, or on behalf of, any or all Named Plaintiffs for costs, expenses, and attorneys' fees incurred or accrued in connection with the within action through February 28, 2021 ("Fee Claim"); provided, however, that Disability Rights Advocates' liability for a Fee Claim under this paragraph shall in no event exceed the amount of the Settlement Amount set forth in paragraph 2(A). Upon notice of a Fee Claim, the City of New York shall promptly notify Disability Rights Advocates, which shall have the right to defend the Fee Claim and may, in its sole discretion within the limits of its liability for Fee Claims under this paragraph, resolve the Fee Claim provided that Disability Rights Advocates delivers to the City of New

- 5 -

York's undersigned counsel a release in favor of the Releasees discharging them from any liability for costs, expenses, and attorneys' fees incurred or accrued through February 28, 2021, in connection with the above-captioned action.

7. Nothing contained herein shall be deemed to be an admission by any of the Releasees that they have in any manner or way violated Plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, the City of New York or the New York City Department of Education, or any other rules, regulationsor bylaws of any department or subdivision of the City of New York or the New York City Department of Education.

8. This Stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

9. Nothing contained in this Stipulation shall be deemed to constitute a policy or practice of the DOE or, the City of New York or any agency thereof.

10. This Stipulation contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

11. The Parties agree that this Stipulation may be executed in counterparts,and facsimile, scanned, photocopied or digital signatures shall have the same effect as original signatures.

Dated:     January 21, 2022
             New York, New York

DISABILITY RIGHTS ADVOCATES
Attorney for Plaintiffs
655 Third Avenue, 14th Floor
New York, New York 10017
(212) 644-8644
rserbin@dralegal.org


By: s/Rebecca C. Serbin (1/21/22)
Rebecca C. Serbin

GEORGIA M. PESTANA
Corporation Counsel of the
  City of New York
Attorney for Releasees
100 Church Street
New York, New York 10007
(212) 356-0285
jbirnbau@law.nyc.gov

By:   s/ Janice Birnbaum (12/21/21)
      Janice Birnbaum